

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Cornell McHenry, Appellant

No. 06-14-00131-CR     v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 12F0117-202). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley, participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Cornell McHenry, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 5, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk